# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACI WATKINS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No.: 4:15-cv-00842-MWB |
| | ) |
| SYNCHRONY BANK F/K/A GE CAPITAL RETAIL BANK, | ) |
| | ) |
| Defendant | ) |

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM PURSUANT TO FED.R.CIV.P 12(b)(1)

NOW COMES, Plaintiff, Staci Watkins, by and through her attorneys Kimmel & Silverman, P.C., who files this Motion to Dismiss Defendant's Counterclaim for lack of subject-matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1). For the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that this Honorable Court dismiss Defendant's counterclaim.

DATED: July 7, 2015

/s/ Craig Thor Kimmel
CRAIG THOR KIMMEL
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com