# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACI WATKINS, | : | No.: 4:15-CV-00842 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| SYNCHRONY BANK, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 20th day of July 2017, in light of the Notice of Settlement filed on July 19, 2017, ECF No. 51, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge